## (April 14, 1939.)

In the Matter of the Transfer Tax upon the Estate of EMMA ROSENWALD, Deceased. MILTON G. GUITERMAN, as Executor and Trustee, etc., Appellant; STATE TAX COMMISSION, Respondent.— Orders so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See 160 Misc. 141; opinion of surrogate affirming on appeal is not reported.]

IRVING SCHATZ, Appellant, v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK and WILLIAM S. SUSSMAN, INCORPORATED, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

BARBARA MARTINEK and ANTON MARTINEK, Respondents, v. FRANK J. RUBRICIUS, Appellant.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Cohn, J., dissents and votes to affirm.

MARTHA McGUIRE, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Determination unanimously reversed and the judgment of the City Court of the City of New York, Bronx County, affirmed, with costs to the plaintiff in this court and in the Appellate Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [166 Misc. 215; 167 id. 718.]

TILLIE KOBER, Appellant, v. NERWAL REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

WILHELMINA H. MAN, Appellant, v. ELIZABETH K. MURPHY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MANHATTAN SQUARE-BERESFORD, INC., Appellant, v. MORRIS E. MARVIN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL GANGI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK, Respondent, v. ISAAC SHERNOV and SADIE SHERNOV, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.